

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2022

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>**United States v. James Velissaris**</u>,
              **22 Cr. 105 (DLC)**

Dear Judge Cote:

      The above-captioned indictment was returned on February 16, 2022, and this case has been assigned to Your Honor. The Government respectfully submits this letter on behalf of the parties to request that the arraignment be held on February 23, 2022 at 11 a.m., or such later time that day as may be convenient for the Court.

      The defendant requests that this proceeding be held remotely in light of the ongoing COVID-19 pandemic. The Government takes no position on that request.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                by:    /s/                    
                     Daniel Loss / Daniel Tracer
                     Assistant United States Attorneys
                     (212) 637-6527 / 2329

cc:     Defense counsel (by ECF)