```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   22cr105 (DLC)
              -v-                        :
                                         :       ORDER
JAMES VELISSARIS,                        :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Should it be necessary for there to be a conference to discuss the defendant's motion of June 24, 2022, it is hereby

    ORDERED that the conference will be held on **July 5, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           June 29, 2022

                                                  _____
                                                         DENISE COTE
                                          United States District Judge