```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    22cr105 (DLC)
           -v-                           :
                                         :         ORDER
JAMES VELISSARIS,                        :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the defendant's motion of June 24, 2022, and the Government's opposition of July 1, it is hereby

ORDERED that the conference tentatively scheduled for July 5 is cancelled.

IT IS FURTHER ORDERED that the request to adjourn the trial is denied.

IT IS FURTHER ORDERED that the request for a bill of particulars is denied.  Decision is reserved on the request to compel the Government to produce additional materials.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding a schedule for pretrial disclosures and file by

**July 11** at **12:00 p.m.** a proposed order for those disclosures.

Dated:   New York, New York
         July 2, 2022

                                  _____
                                            DENISE COTE
                                    United States District Judge