```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    22cr105(DLC)
                                       :
              -v-                      :    ORDER
                                       :
JAMES VELISSARIS,                      :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter is scheduled to proceed to trial on November 28, 2022. Having received the parties' letter dated July 11, 2022, it is hereby

ORDERED that the final pretrial conference is scheduled for **November 18, 2022** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         July 11, 2022

                              _____
                                     DENISE COTE
                              United States District Judge