

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2022

**BY ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Velissaris, 22 Cr. 105 (DLC)**

Dear Judge Cote:

      The Government and counsel for defendant James Velissaris jointly and respectfully write to propose an agreed-upon schedule governing pre-trial matters in the above-captioned case. The parties respectfully request that the Court adopt the proposed schedule below.

| | |
|---|---|
| September 12, 2022: | Government expert disclosures due. |
| October 3, 2022: | Government 404(b) Notice Due |
| | Defense notice of any anticipated advice of counsel defense due |
| October 7, 2022: | Government produces *Giglio* and Jencks Act material<br>    *Note* – subject to defense's counsel's agreement in principle to stipulations for authenticity and/or business records |
| October 14, 2022: | Defense produces all Rule 16 material in its possession. Defense produces all Rule 17(c) material in its possession, that it may seek to offer or otherwise use at trial.<br>    *Note* – Defense will not offer or otherwise use at trial any material it receives in response to a Rule 17(c) subpoena that it does not produce to the Government. |

The Honorable Denise Cote
July 11, 2022
Page 2 of 2

| | |
|---|---|
| October 24, 2022: | Government witness list due. |
| October 28, 2022: | Defense expert disclosures due. |
| October 31, 2022: | Government exhibit list due. |
| November 8, 2022: *dlc* | Motions *in limine* due.<br>Proposed *voir dire* due.<br>Proposed requests to charge due. |
| November 15, 2022: *dlc* | Oppositions to motions *in limine* due.<br>Oppositions to proposed *voir dire* and requests to charge due.<br>Trial memoranda, if any, due.<br><br>Defense produces:<br>• Defense witness list;<br>• Defense exhibits, including (a) non-impeachment exhibits to be offered through Government witnesses, or otherwise during Government's case-in-chief, and (b) any exhibits to be offered in the defense case; and<br>• all Rule 26.2 materials |
| ~~November 21 or 22, 2022:~~ | ~~Final pre-trial conference to be held at a time convenient for the Court.~~ *dlc* |

So ordered.
/s/ Denise Cote
7/11/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/
Daniel Loss/Margaret Graham/
Daniel Tracer
Assistant United States Attorneys
Southern District of New York
(212) 637-6527/2923/2329

cc:   Counsel of Record (via ECF)