# Exhibit C

# Loss, Daniel (USANYS)

| | |
|---|---|
| **From:** | Morgan, Brian P. <brian.morgan@faegredrinker.com> |
| **Sent:** | Thursday, November 3, 2022 11:36 AM |
| **To:** | Loss, Daniel (USANYS) |
| **Cc:** | Tracer, Daniel (USANYS); Graham, Margaret (USANYS) |
| **Subject:** | [EXTERNAL] RE: Infinity Q - Eisner Amper |

Dan,

Yes, I believe the number of unique documents on the laptop (i.e., work papers that were not produced as Bates stamped documents to the DOJ and/or SEC) totals 476. These documents consist work papers for audit years 2018, 2019 and 2020 for the entity doing business under the name Infinity Q Diversified Alpha Fund and work papers for the audit years 2018 and 2019, as well as draft work papers for audit year 2020, for the entity doing business under the name Infinity Q Volatility Alpha Fund, L.P. that <u>do not</u> relate to valuation or planning (including fraud risk assessment).

Please let me know if you have any questions, thank you.

**Brian P. Morgan**
Partner
Pronouns: he/him/his
brian.morgan@faegredrinker.com
Connect: vCard

+1 212 248 3272 direct / +1 732 757 7900 mobile / +1 212 248 3141 fax

**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Loss, Daniel (USANYS) <Daniel.Loss@usdoj.gov>
**Sent:** Thursday, November 3, 2022 7:39 AM
**To:** Morgan, Brian P. <brian.morgan@faegredrinker.com>
**Cc:** Tracer, Daniel (USANYS) <Daniel.Tracer@usdoj.gov>; Graham, Margaret (USANYS) <Margaret.Graham@usdoj.gov>
**Subject:** Infinity Q - Eisner Amper

**This Message originated outside your organization.**

Hi Brian,

Just wanted to follow up to see if your vendor was able to identify the number/nature of any unique documents that were on the laptop Eisner provided to the SEC (i.e., docs that were not duplicated in other productions). If helpful to discuss, please let me know as we'd like to understand the size of the relevant universe as soon as possible.

Thanks so much,
Dan