# Exhibit F

**To:** Tyas, Ryan[ryan.tyas@eisneramper.com]
**Cc:** Robert Bendock[rbendock@srtsecurities.com]; Puchert, Garth[Garth.Puchert@eisneramper.com]
**From:** Stephen Ahn[sahn@eabinvestmentgroup.com]
**Sent:** Tue 3/31/2020 1:40:55 PM Eastern Daylight Time
**Subject:** Re: Variance swap memo - follow up

Hi Ryan,

Here is a my short bio.

**Steven Ahn.** Mr. Ahn recently joined EAB Investment Group as a cross-asset derivatives strategist. EAB Investment Group is an SEC registered investment company which specializes in derivatives strategies for RIA's, Hedge Funds and Family Offices. EAB works as a risk advisor and adds value by developing strategy, product and hedging solutions using proprietary solutions.

Mr. Ahn specializes in bespoke hedging strategies and structured product valuation. Mr. Ahn has 20 plus years of portfolio manager experience focusing on volatility in all asset classes. At Tricadia Capital, he managed portfolios consisting of stocks, listed options, exotic options, variance swaps, futures, warra convertible bonds, domestic and foreign single name CDS, credit indices, rate swaptions as well as other instruments including commodity and currency derivatives. He cofounded Ventis Capital in 2013 which was seeded by Mariner Investment and focused on relative value volatility trading and event driven situations. Mr. Ahn began his career as an analyst in the Private Equity Group at Cowen & Company and later as a Technology M&A banker at Societe Generale. Mr. Ahn graduated from Massachusetts Institute of Technology with a degree in Mechanical Engineering and minor in Business. He also received an MBA from Columbia Business School.

Best regards,

Steven

---

**From:** Tyas, Ryan <ryan.tyas@eisneramper.com>
**Sent:** Tuesday, March 31, 2020 10:40 AM
**To:** Stephen Ahn <sahn@eabinvestmentgroup.com>
**Cc:** Robert Bendock <rbendock@srtsecurities.com>; Puchert, Garth <Garth.Puchert@eisneramper.com>
**Subject:** RE: Variance swap memo - follow up

Hi Steven,

Thanks for sending this analysis over. Garth and I will review it and let you know if we want to set up a call later today if we have any questions.

In the meantime, would you be able to provide a brief bio write-up of your background / experience as well?

Thanks,
Ryan

Ryan Tyas, CPA | *Senior Manager*
D: 212.891.4138 | E: ryan.tyas@eisneramper.com
750 Third Avenue, New York, NY 10017
LinkedIn | Twitter | Facebook



---

**From:** Stephen Ahn <sahn@eabinvestmentgroup.com>
**Sent:** Tuesday, March 31, 2020 10:13 AM
**To:** Tyas, Ryan <ryan.tyas@eisneramper.com>
**Cc:** Robert Bendock <rbendock@srtsecurities.com>; Puchert, Garth <Garth.Puchert@eisneramper.com>
**Subject:** Re: Variance swap memo - follow up

Good morning guys,

Attached please find the SPX Corridor Var Swap valuation process analysis for your review.

Please let me know if you have any questions or comments.

We can always talk on the phone as well.

Best regards,

Steven

---

**From:** Tyas, Ryan <ryan.tyas@eisneramper.com>
**Sent:** Sunday, March 29, 2020 3:28 PM
**To:** Stephen Ahn <sahn@eabinvestmentgroup.com>

**Cc:** Robert Bendock <rbendock@srtsecurities.com>; Puchert, Garth <Garth.Puchert@eisneramper.com>
**Subject:** Variance swap memo - follow up

Hi Stephen,

Hope you are doing well. I just wanted to check in with you to see when you expect to have a draft of your analysis of the one corridor variance swap ready. We are aiming to issue our report by the end of this week, so it would be great to get a look at the draft by tomorrow or Tuesday if possible.

Enjoy the rest of your weekend and be safe.

Regards,

Ryan Tyas, CPA | *Senior Manager*
D: 212.891.4138 | E: ryan.tyas@eisneramper.com
750 Third Avenue, New York, NY 10017
LinkedIn | Twitter | Facebook



CONFIDENTIALITY NOTICE: This communication and any accompanying attachments are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above internet e-mail address.

EisnerAmper LLP is a member firm of (i) EisnerAmper Global Ltd., a network of legally independent firms, and (ii) Allinial Global, an association of legally independent accounting and consulting firms. EisnerAmper Global Ltd., Allinial Global, and their member firms and correspondent firms (including EisnerAmper LLP and its affiliated entities) are not responsible for, do not accept liability for, and do not owe any duty with respect to the services or advice provided by any other member or correspondent firms.

Any tax advice contained in this memorandum (including any attachments) is not intended for and cannot be used, for the purpose of (i) avoiding penalties imposed by the Internal Revenue Code or (ii) promoting, marketing, or recommending any transaction.

CONFIDENTIALITY NOTICE: This communication and any accompanying attachments are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above internet e-mail address.

EisnerAmper LLP is a member firm of (i) EisnerAmper Global Ltd., a network of legally independent firms, and (ii) Allinial Global, an association of legally independent accounting and consulting firms. EisnerAmper Global Ltd., Allinial Global, and their member firms and correspondent firms (including EisnerAmper LLP and its affiliated entities) are not responsible for, do not accept liability for, and do not owe any duty with respect to the services or advice provided by any other member or correspondent firms.

Any tax advice contained in this memorandum (including any attachments) is not intended for and cannot be used, for the purpose of (i) avoiding penalties imposed by the Internal Revenue Code or (ii) promoting, marketing, or recommending any transaction.