# Exhibit G



**Infinity Q Volatility Alpha Fund, L.P. (the "Master Fund"), Infinity Q Volatility Alpha Offshore Fund, Ltd. (the "Offshore Feeder"), Infinity Q Opportunistic Alpha Fund L.P. (the "Opportunistic Fund") (collectively, the "Funds")**
**2020 Audit Engagement Team Planning Meeting**

## Planning Meeting:
### Date
January 27, 2021

### Attendees:
- Garth Puchert (Audit Partner)
- Ryan Tyas (Audit Senior Manager)
- Justin Brantley (Audit Senior)
- Andrew Rushmere (Audit Senior)
- Kobe Assaraf (PPG Reviewer)

### 2020 Update:
- New Fund in 2020:
  - Infinity Q Opportunistic Alpha Fund LP: New standalone fund that commenced operatons in March 2020.
    - As of 10/31/20, the only investors to date are internal and part of the "Founders Class" who are exempt from both management fees and incentive fees.
    - As of 10/31/20, this fund only trades Level 1 equity/index options.
    - As of 10/31/20, NAV was appx. $3 million

- Infinity Q Volatility Alpha Funds - Updates/Changes in 2020:
  - Master Fund NAV was appx. $1.14 billion as of 10/31/20 vs. $740 million as of 12/31/19 (increase of 54%)
  - Offshore Feeder Fund NAV was appx. $396 million as of 10/31/20 vs. $275.5 million as of 12/31/19 (increase of appx. 44%)
  - New investors YTD 10/31/20 for both Master Fund and Feeder Fund:
    - Master Fund - 52 new limited partners YTD 10/31/20
    - Feeder Fund - 5 new investors YTD 10/31/20
  - No changes in investment strategy or products traded
  - Changes in personnel:
    - In late 2020, Infinity Q hired Sean Robinson for the role of Controller. Per conversation with the client, Sean will also help out as a project manager for various initiatives including the year-end audits with the goal of streamlining all processes/deliverables and making sure all open items get addressed in a timely manner. For this year's audit, Sean will largely shadow Scott Lindell's (CCO/CRO) activity while helping where he can in hopes that he can take a more meaningful oversight role starting with the next mutual fund audit in the fall.

### Timing of Fieldwork:
- Planning/interim: 11/9/20 – 11/21/20
- Year-end: 2/15/21 – 3/26/21
- Target Report Issuance Date: 3/26/21

### Audit Procedures:
- Valuation of Investments:
  - **Marketable securities (Level 1)** – includes ETF's, Equity/Index Options, Futures, Options on Futures, and investment in Infinity Q's mutual fund (EA audits this fund – FYE 8/31/20).
    - EA to independently price 100% of these securities through Reuters/BBG



- **OTC Derivatives (Level 2 & 3)** – includes Variance Swaps, Correlation Swaps, Volatility Swaps, Dispersion Swaps/Options, OTC Options, CDS, Total Return Swaps –
    - EA to sample using MUS Sampling through IDEA
    - EA engagement team to agree all observable inputs (ex: trade/start date, maturity date, strike, vega/variance notional) for each selected OTC position to trade confirm (aka "term sheet")
    - EA to select a sample of three Level 3 securities for third-party specialist (EAB Investments) to perform the following procedures:
        1. Provide independent valuation of the security
        2. Corroborate the client's model by re-performing valuation with an independent model using the same observable and unobservable inputs as the client's internal model.
        3. Compare independent valuation calculated in B above to the client's valuation from Bloomberg's Golden Copy (BVAL).

    NOTE: The EA engagement team will be responsible for testing all observable inputs by agreeing the terms of the swap position to the executed trade confirmation (aka deal sheet) between Infinity Q and the counterparty.

- Existence of Investments / Cash and Cash Equivalents:
    - EA to confirm 100% of the Fund's cash and investment positions directly with custodian, broker or counterparty
    - In addition, EA to agree inputs to counterparty deal sheet for a sample selection of OTC derivatives

- Confirmations:
    - Custodian (U.S. Bank) - EA will confirm via confirmation.com
    - Broker/Counterparty confirms to be sent via email or confirmation.com
    - Legal – Dechert LLP & Walkers via email
    - Share Transfer Agent (Offshore Fund) – U.S. Bank Global Fund Services
    - Capital confirms – EA to confirm a sample selection of capital activity in 2020 for all funds' non-affiliated investors (see "Capital Allocations" below).

- Capital Allocations: EA to perform recalculations of PnL allocations, management fees charged, etc. Since there were new non-affiliated LP's that invested in the Master Fund during 2020, as well as new investors in Offshore Feeder, EA will confirm a sample of these investors. For all investors that are not confirmed, EA will substantively test capital contributions/withdrawals by obtaining subscription agreements/withdrawal letters and vouching cash activity to bank statements.

- Realized Gains/Losses: EA to select sample based on MUS Sampling through IDEA and test sample. Engagement team has already sampled the Master Fund's realized GL through 10/31/20 and sent the Fund Admin our selections (97 total including 10 ISI).

    - Note: During interim, EA did not sample the Opportunistic Fund's realized gain/loss detail, as there was a fairly low volume of trading through 10/31/20. Engagement team considered it more efficient to sample and test the full period from commencement through 12/31/20.



**Team Discussion of the risks of material misstatement** – See WP 4100 for further details of items below
- How and where the financial statements might be materially misstated due to error
- How and where the financial statements might be materially misstated due to fraud.
- Known external and internal factors affecting the entity that might (1) create incentives/pressures to commit fraud, (2) provide the opportunity for fraud to take place, and (3) reveal attitudes or rationalizations about why fraud is acceptable behavior.
- How management could perpetrate and conceal fraudulent financial reporting
- How the perpetrators could misappropriate company assets.
- The risk of management override of controls.
- How best to respond to these risks through the design of audit procedures.
- Anti-money laundering procedures

**Valuation of Level 3 Investments (over-the-counter "OTC" positions):** The investment portfolio consists of level 1, 2 and level 3 investments. Level 2 investments are valued based on prices provided by an independent third party pricing service corroborated with brokers'/counterparties' quotes, therefore valued using observable prices and inputs. The level 3 investments are subject to management estimates and judgments as investments are valued using an unobservable input (implied). Unrealized gains and loss is a direct result of valuation and would have the same level of risk of misstatement as investments.

**Significant Accounting Estimates & SAS 99**
- Valuations of Level 3 securities (correlation swaps, corridor variance swaps, dispersion products)
- SAS 99 – testing and review of journal entries
- Additional topics, if any

**Independence Considerations**
- Personal independence - members of the engagement team and their immediate family members may not have a direct financial interest or material indirect financial interest in the audit client including its affiliates.
- Identification of affiliates – refer to handout
- Independence in both *fact* and *appearance*