```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
            -v-                          :       22cr105 (DLC)
                                         :
JAMES VELLISARIS,                        :       ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant in this matter is scheduled to enter a change of plea on November 21, 2022 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 21, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge