UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

JAMES VELISSARIS,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        :

        :

        :    CONSENT PRELIMINARY ORDER
            OF FORFEITURE/
        :    MONEY JUDGMENT

        :    22 Cr. 105 (DLC)

        :

WHEREAS, on or about February 16, 2022, JAMES VELISSARIS (the "Defendant"), was charged in an Indictment, 22 Cr. 105 (DLC) (the "Indictment"), with securities fraud, in violation of Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.l0b-5; and Title 18, United States Code, Section 2 (Count One); investment adviser fraud, in violation of Title 18, United States Code, Sections 80b-6 and 80b-17; and Title 18, United States Code, Section 2 (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2) (Count Three); false statements to an accountant, in violation Title 15, United States Code, Sections 78ff, 80a-29, 7202; Title 17, Code of Federal Regulations, Section 240.13b2-2; and Title 18, United States Code, Section 2 (Count Four); conspiracy to obstruct an SEC investigation, in violation Title 18, United States Code, Section 371 (Count Five); and obstruction of an SEC investigation, in violation Title 18, United States Code, Sections 1519 and 2 (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of all property, real and personal, that constitutes or is derived from the proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United

States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, on or about November 21, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, a sum of money equal to $22 million in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $22 million in United States currency, representing the amount of proceeds traceable to the offense charged in Counts One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Margaret Graham, Daniel Loss, and Daniel Tracer, of counsel, and the Defendant and his counsel Paul J. Fishman, Michael Krouse, and Veronica E. Callahan Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $22 million in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant JAMES VELISSARIS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          11/21/2022
     MARGARET GRAHAM / DANIEL LOSS /           DATE
     DANIEL TRACER
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-637-2310/2238/6527


JAMES VELISSARIS

By: _____          _____
     JAMES VELISSARIS                           DATE


By: _____          _____
     PAUL J. FISHMAN, ESQ.                      DATE
     MICHAEL KROUSE, ESQ.
     VERONICA E. CALLAHAN, ESQ.
     Attorneys for Defendant
     Arnold & Porter
     250 West 55th Street
     New York, New York 10022


SO ORDERED:
_____          November 21, 2022
HONORABLE DENISE L. COTE                   DATE
UNITED STATES DISTRICT JUDGE