UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VELISSARIS,<br><br>      *Defendant.* | **Order Modifying Bail Conditions**<br><br>**22 Cr. 105 (DLC)** |

DENISE L. COTE, District Judge:

  WHEREAS, on or about February 16, 2022, the defendant was charged in a six-count Indictment (the "Indictment");

  WHEREAS, on February 25, 2022, the Court set bail conditions for the defendant's pretrial release (the "February 25 Order") (Dkt. 13);

  WHEREAS, on November 21, 2022, the defendant pled guilty to the crime of securities fraud charged in Count One of the Indictment;

  WHEREAS, following the entry of the defendant's guilty plea, the Government made an oral application to the Court, with the defendant's consent, for the imposition of home detention as an additional bail condition, to be enforced by location monitoring at the discretion of Pretrial Services;

  It is hereby ORDERED that:

1. The defendant shall be subject to home detention, to be enforced by location monitoring technology at the discretion of Pretrial Services;

2. Any location monitoring equipment may be self-installed at the discretion of Pretrial Services; and

3. All other bail conditions set forth in the February 25 Bail Order shall remain unchanged.

Dated: New York, New York
November 22, 2022

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE