UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JAMES VELISSARIS,

Defendant.

---

22 Cr. 105 (DLC)

**ORDER MODIFYING BAIL CONDITIONS**

DENISE L. COTE, District Judge:

WHEREAS, on or about February 16, 2022, the defendant was charged in a six-count Indictment (the "Indictment");

WHEREAS, on February 25, 2022, the Court set bail conditions for the defendant's pretrial release (the "February 25 Order") (Dkt. 13);

WHEREAS, on November 21, 2022, the defendant pled guilty to the crime of securities fraud charged in Count One of the Indictment;

WHEREAS, following the entry of the defendant's guilty plea, the Government made an oral application to the Court, with the defendant's consent, for the imposition of home detention as an additional bail condition, to be enforced by location monitoring at the discretion of Pretrial Services;

WHEREAS, on November 22, 2022, the Court entered an order modifying bail conditions (the "November 22 Order");

WHEREAS, the Government, the defense and Pretrial Services met and conferred regarding the bail conditions and request that the November 22 Order be replaced with the Order set forth below;

It is hereby ORDERED that:

1.  The defendant shall be subject to a curfew, to be enforced by location monitoring

technology at the discretion of Pretrial Services;

2. Any location monitoring equipment may be self-installed at the discretion of Pretrial Services;

3. The defendant, with the prior approval of Pretrial Services, may travel to the Southern District of New York, the Eastern District of New York, the District of New Jersey, the Northern District of Georgia, and the District of Nevada, consistent with the February 25 Order; and

4. All other bail conditions set forth in the February 25 Order shall remain unchanged.

Dated: New York, New York November 30, 2022

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE