**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 10, 2023

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States* v. *James Velissaris*, 22 Cr. 105 (DLC)

Dear Judge Cote:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: /s/
    Daniel Loss
    Assistant United States Attorney
    212-637-6527

cc: Counsel of record

*Granted.*
*Denise Cote*
*2/10/23*