

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2023

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. James Velissaris,**
                 **22 Cr. 105 (DLC)**

Dear Judge Cote:

      The Government writes to respectfully request a one-week adjournment of the defendant's sentencing, currently scheduled for March 17, 2023, as well as one-week adjournments of the corresponding sentencing submission deadlines. The reason for the request is that the below-signed AUSA's February trial has unexpectedly been adjourned by one week. Previously, the trial was scheduled to begin February 21 and end by March 10. Now, after the unexpected adjournment, the trial will begin February 28 and end by March 17.

      Defense counsel consents to this adjournment request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                      by:     /s/                   
                              Margaret Graham
                              Assistant United States Attorney
                              (212) 637-2923

cc:     Defense counsel (by ECF)