# Arnold & Porter

Paul J. Fishman
+1 212.836.8152 Direct
Paul.Fishman@arnoldporter.com

March 8, 2023

**VIA EMAIL**

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St
New York, NY 10007

Re:   *United States v. Velissaris*, 22 Cr. 105 (DLC)

Dear Judge Cote:

As we advised your Chambers in a call earlier this afternoon, our client James Velissaris has informed us that he would like Barnes & Thornburg to represent him for all further proceedings in *United States v. Velissaris*, 22 Cr. 105 (DLC). Pursuant to paragraph 3 of the Court's Individual Practices in Criminal Cases (Substitution of Counsel), we respectfully request that the Court schedule a conference in this matter.

Best regards,

Paul J. Fishman

Cc:   AUSA Margaret Graham
      Roscoe Howard
      Billy Martin
      Michael Battle

*The defendant's sentencing submissions remain due on March 10. A conference will be held on March 10 at 2:00 pm.* [signature] 3/9/23

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com