UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22-cr-00105 (DLC) |
| v. | |
| JAMES VELISSARIS | Sentencing: April 7, 2023 |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michelle N. Bradford, hereby moves this Court for an Order for Admission to Practice Pro Hac Vice as counsel for Defendant, James Velissaris, in the above-captioned action.

I am in good standing of the Bars of the State of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3(c).

Dated: March 13, 2023

Respectfully Submitted,

Applicant Signature: *Michelle Bradford*
Applicant's Name: Michelle N. Bradford
Firm Name: Barnes & Thornburg, LLP
Address: 555 12th Street N.W.,
Suite 1200
City/State/Zip: Washington, DC 20004
Telephone/Fax: 202-408-6922 / 202-289-1330
Email: MBradford@btlaw.com

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22-cr-00105 (DLC) |
| v. | |
| JAMES VELISSARIS | Sentencing: April 7, 2023 |
| Defendant. | |

## ORDER FOR ADMISSION PRO HAC VICE
## OF MICHELLE N. BRADFORD

The Motion of Michelle N. Bradford for Admission to Practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the State New York and the District of Columbia; and that her contact information is as follows:

**Applicant's Name:** Michelle N. Bradford
**Firm Name:** Barnes & Thornburg, LLP
**Address:** 555 12th Street N.W., Suite 1200
**City/State/Zip:** Washington, DC 20004
**Telephone/ Fax**: 202-408-6922 / 202-289-1330

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Velissaris in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                          United States District Judge Denise L. Cote

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22-cr-00105 (DLC) |
| v. | |
| JAMES VELISSARIS | Sentencing: April 7, 2023 |
| Defendant. | |

**DECLARATION OF MICHELLE N. BRADFORD
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, MICHELLE N. BRADFORD, declare as follows:

1. I request leave of the Court to appear in the above-captioned action as co-counsel *pro hac vice* for all purposes on behalf of Defendant, James Velissaris. I will associate as counsel with William R. Martin, co-counsel of record in the matter herein. I am familiar with the facts set forth herein and would competently testify thereto if called upon as a witness.

2. I am not admitted to the United States District Court for the Southern District of New York.

3. I am a member in good standing of the State Bar of New York and the District of Columbia and certificates of good standing are attached hereto as ***Exhibit A***.

4. I am not a resident of the State of New York. I am not regularly employed in the State of New York. I am not regularly engaged in substantial business, professional, or other activities in the State of New York.

5. I am a resident of the State of Maryland.

6. My office address is Barnes & Thornburg, LLP, 555 12th Street N.W., Suite 1200, Washington, DC 20004.

7.  Concurrent with the filing of this Motion for Admission to Appear Pro Hac Vice, I have caused the requisite of admission fee to be tendered via the District Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed on March 13, 2023, in Washington, D.C.

*Michelle Bradford*
MICHELLE N. BRADFORD