

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *William R Martin*

was duly qualified and admitted on December 10, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 14, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

William Robert Martin, 0033995

was duly admitted to practice in this Court on

June 28, 1977

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on March 13, 2023.

_____, Deputy Clerk
Issuing officer's signature

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title