UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VELISSARIS<br><br>Defendant. | No. 22-cr-00105 (DLC)<br><br>Sentencing: April 7, 2023 |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   The Clerk of Court and All Parties of Record

I am admitted to practice in this Court, and I appear in this case as counsel for defendant James Velissaris.

Dated: March 15, 2023                               **BARNES & THORNBURG LLP**

Respectfully Submitted,

By: *[signature]*
Michael A. Battle
SDNY Bar Code No. MB9289
NY Bar No. 1885128
Barnes & Thornburg, LLP
555 12th Street N.W., Suite 1200
Washington, DC 20004
Telephone/Fax: 202-371-6350 / 202-289-1330
Email: MBattle@btlaw.com

*Attorney for Defendant James Velissaris*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, a true and correct copy of the foregoing was served on all parties and counsel of record by electronically filing the same with the Court using the CM-ECF system.

Michael A. Battle