UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VELISSARIS<br><br>Defendant. | No. 22-cr-00105 (DLC)<br><br>Sentencing: April 7, 2023 |

**ORDER FOR ADMISSION PRO HAC VICE**
**OF ERIN CARMODY STEELE**

The Motion of Erin Carmody Steele, for Admission to Practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia; and that her contact information is as follows:

**Applicant's Name:** Erin Carmody Steele
**Firm Name:** Barnes & Thornburg, LLP
**Address:** 555 12th Street N.W., Suite 1200
**City/State/Zip:** Washington, DC 20004
**Telephone/ Fax**: 202-408-6932 / 202-289-1330

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Velissaris in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                        United States District Judge Denise L. Cote