UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | No. 22-cr-00105 (DLC) |
|---|---|
| v. | |
| JAMES VELISSARIS | Sentencing: April 7, 2023 |
| Defendant. | |

**DECLARATION OF ERIN CARMODY STEELE
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, ERIN CARMODY STEELE, declare as follows:

1. I request leave of the Court to appear in the above-captioned action as co-counsel *pro hac vice* for all purposes on behalf of Defendant, James Velissaris. I will associate as counsel with Michael A. Battle, William R. Martin and Michelle N. Bradford, co-counsel of record in the matter herein. I am familiar with the facts set forth herein and would competently testify thereto if called upon as a witness.

2. I am not admitted to the United States District Court for the Southern District of New York.

3. I am a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia and certificates of good standing are attached hereto as *Exhibit A*.

4. I am not a resident of the State of New York. I am not regularly employed in the State of New York. I am not regularly engaged in substantial business, professional, or other activities in the State of New York.

5. I am a resident of the District of Columbia.

6. My office address is Barnes & Thornburg, LLP, 555 12th Street N.W., Suite 1200, Washington, DC 20004.

7. Concurrent with the filing of this Motion for Admission to Appear Pro Hac Vice, I have caused the requisite of admission fee to be tendered via the District Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed on March 21, 2023, in Washington, D.C.

*[signature]*
ERIN CARMODY STEELE

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on March 21, 2023, the foregoing Motion was served on counsel of record through the Court's electronic case filing system.

/s/ Erin Carmody Steele
Erin Carmody Steele