UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>JAMES VELISSARIS,  )<br>)<br>    Defendant  )<br>) | Case No. 1:22-CR-00105 (DLC) |

## APPEARANCE OF COUNSEL

TO:  The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice pro hac vice in this Court, and I appear in this case as counsel for Defendant, James Velissaris.

Dated: March 22, 2023

BARNES & THORNBURG, LLP,

By:  /s/ *Michelle N. Bradford*
Michelle N. Bradford
Barnes & Thornburg LLP
500 12th Street, NW, Suite 1200
Washington, DC 20004-1275
Phone: 202-408-6922
mbradford@btlaw.com
