# EXHIBIT B

# Landow Report

# [SEALED]