Michael A. Battle
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
David S. Slovick
Erin C. Steele (*pro hac vice* pending)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 500
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
dslovick@btlaw.com
(646) 746-2019
esteele@btlaw.com
(202) 408-6932

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  versus <br><br> JAMES VELISSARIS, <br><br>            Defendant. | No. 1:22-cr-00105-DLC <br><br> Hon. Denise L. Cote <br><br> **APPLICATION TO FILE UNDER SEAL EXHIBIT TO SENTENCING MEMORANDUM CONTAINING SENSITIVE INFORMATION** |

The Defendant, James Velissaris ("Mr. Velissaris" or "Defendant"), by and through his undersigned counsel, respectfully files this application to file an exhibit to his Sentencing Memorandum under seal. This Court's "Individual Rules of Practice for Sentencing Proceedings," requires an application for redaction of any sensitive information beyond the eleven categories of documents and/or information[1] identified in the Southern District of New York's ECF Privacy Policy be served and filed at the time the sentencing submission is served.

---

[1] Social security numbers, names of minor children, dates of birth, financial account numbers, home addresses, personal identifying number(s), medical records, treatment and diagnosis, employment history,

In accordance with this Court's rules, Mr. Velissaris respectfully submits an application to file Exhibit C (Additional Sensitive Personal Information) under seal.  Mr. Velissaris requests he be permitted to file Exhibit C under seal because it contains highly sensitive personal information regarding his background and child, including intimate details and context on the abuse that Mr. Velissaris and/or other third parties suffered.  Sealing this document will protect the sensitivity of the information and the identities of the third parties involved.

For these reasons, we respectfully request that the Court grant Mr. Velissaris' application to file Exhibit C to the Sentencing Memorandum under seal.

Dated: March 24, 2023                          Respectfully submitted,

/s/ Michael A. Battle

BARNES & THORNBURG LLP
555 12th Street N.W., Suite 1200
Washington, DC 20004
Michael A. Battle (SDNY Bar Code No. MB9289)
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
Erin C. Steele (*pro hac vice* pending)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 500
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
esteele@btlaw.com
(202) 408-6932

- and -

---

individual financial information, proprietary or trade secret information, and information regarding an individual's cooperation with the government.

/s/ David Slovick

David Slovick
BARNES & THORNBURG LLP
390 Madison Ave.
12th Floor
New York, NY 10017
david.slovick@btlaw.com
(646) 746-2019

*Attorneys for Defendant James Velissaris*