Michael A. Battle
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
David S. Slovick (*Entry of Appearance* forthcoming)
Erin C. Steele (*pro hac vice* pending)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 1200
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
dslovick@btlaw.com
(646) 746-2019
esteele@btlaw.com
(202) 408-6932

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 1:22-cr-00105-DLC |
| v. | Hon. Denise L. Cote |
| **JAMES VELISSARIS,** | **DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA** |
| **Defendant.** | |

PLEASE TAKE NOTICE that, Pursuant to Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure, Defendant James Velissaris will move the Court for an order granting his Motion to Withdraw his Guilty Plea in the above-captioned matter at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 18B, New York, NY 10007-1312, on a date and time designated by the Court. Contemporaneously with this Motion, Mr. Velissaris submits a Memorandum of Law in Support of his Motion to Withdraw his Guilty Plea, dated March 24, 2023.

Dated: New York, New York
March 24, 2023

Respectfully submitted,

/s/ Michael A. Battle
Michael A. Battle (SDNY Bar Code No. MB9289)
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
David S. Slovick (*Entry of Appearance* forthcoming)
Erin C. Steele (*pro hac vice* pending)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 1200
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
dslovick@btlaw.com
(646) 746-2019
esteele@btlaw.com
(202) 408-6932

*Attorneys for Defendant James Velissaris*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendant James Velissaris' **Motion to Withdraw his Guilty Plea** and **Memorandum of Law in support of his Motion to Withdraw his Guilty Plea** were sent to all parties by operation of the Court's electronic case filing system on this 24th day of March, 2023.

/s/ Erin C. Steele