# EXHIBIT I

# EISNERAMPER

**Date:** January 31, 2018

**To:** Chris Kashmerick, President
Trust for Advised Portfolios

**From:** Craig Ter Boss – EisnerAmper Corporate Finance Group – Principal

Garth Puchert – EisnerAmper Asset Management Audit – Partner

**Subject:** Findings for procedures associated with ASC 820 – Infinity Q

## OVERVIEW

In connection with the audit of the financial statements of Infinity Q Diversified Alpha Fund ("InfinityQ" or the "Fund") for the year ended August 31, 2017 (the "Valuation Date"), Trust for Advised Portfolios (the "Trust") has requested that EisnerAmper LLP ("Eisner" or "we") assist the Trust in assessing the reasonableness of Infinity Q Capital Management's (the "Advisor" or "Management") fair value measurements as of August 31, 2017 ("Valuation Date") for certain investments in accordance with FASB Accounting Standards Codification 820, *Fair Value Measurements and Disclosures ("ASC 820").*

According to ASC 820, *Fair Value* is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

You requested our assistance in assessing the reasonableness of Management's estimates of fair value for the following investments (collectively, "the Investments"):

| Trade Date | Description | Notional | Maturity | Strike |
|---|---|---|---|---|
| 5/8/2017 | SX5E Vs. EURUSD Correlation Swap | 30,000 | 12/15/2017 | -21.0% |
| 10/14/2016 | SX5E Vs. EURUSD Correlation Swap | 50,000 | 12/15/2017 | -24.0% |
| 8/1/2016 | SX5E Vs. EURGBP Correlation Swap | 90,000 | 12/15/2017 | -44.0% |
| 8/10/2016 | SX5E Vs. EURGBP Correlation Swap | 40,000 | 12/15/2017 | -44.0% |
| 11/4/2016 | SX5E Vs. EURGBP Correlation Swap | 50,000 | 12/15/2017 | -45.0% |
| 11/14/2016 | SX5E Vs. EURGBP Correlation Swap | 50,000 | 12/15/2017 | -42.0% |
| 10/14/2016 | SX5E Vs. EURUSD Correlation Swap | 100,000 | 12/15/2018 | -29.0% |
| 1/5/2017 | SX5E Vs EURJPY Correlation Swap | 50,000 | 12/16/2018 | 10.0% |
| 3/15/2017 | SX5E Vs EURJPY Correlation Swap | 30,000 | 12/21/2018 | 18.0% |
| 2/8/2017 | SX5E Vs. EURUSD Correlation Swap | 40,000 | 12/21/2018 | -24.5% |
| 4/25/2017 | SX5E Vs. EURUSD Correlation Swap | 60,000 | 12/21/2018 | -24.0% |
| 4/21/2017 | SX5E Vs. EURGBP Correlation Swap | 50,000 | 12/24/2019 | -32.0% |
| 5/24/2017 | SX5E Vs. EURKRW Correlation Swap | 40,000 | 12/21/2018 | -47.0% |

1

# EISNERAMPER

| Trade Date | Security | Type | Notional | Maturity |
|---|---|---|---|---|
| 2/17/2017 | NKYVARSWAP3 | Corridor Variance | JPY 56,375,000 | 12/11/2020 |
| 8/17/2017 | KOSPIVARSWP16.65M12/13/18LONG | Corridor Variance | KRW 340,950,000 | 12/20/2018 |
| 9/7/2016 | SX5VARREPSWP | Corridor Variance | EUR 320,000 | 12/21/2018 |
| 9/7/2016 | SX5E Variance | Variance Swap | (EUR 320,000) | 12/31/2018 |
| 3/15/2017 | SPXVARSWAP6 | Dispersion | $425,000 | 1/19/2018 |
| 7/25/2017 | UKXDISPSWPS15.91M6/15/18 | Dispersion | GBP 200,000 | 6/15/2018 |
| 7/19/2017 | FWDSKEW07202018 | Forward Calls and Puts | $120,000,000 | 8/17/2018 |
| 4/7/2017 | SX5VARREPSWP2 | Variance Swap | EUR 325,000 | 12/18/2020 |
| 8/17/2017 | KOSPIVOLSWP16.65M12/13/18SHT | Volatility Swap | KRW 340,950,000 | 12/13/2018 |

You also requested our assistance in assessing the reasonableness of Management's estimate of fair value for an S&P 500 Index Knock-In barrier put option which we provided to you in a separate analysis.

## SUMMARY OF WORK PERFOMRED

### General Procedures

We have read the valuation analyses prepared by Management and related supporting documentation and evaluated the methodologies and related assumptions utilized in the determination of the fair values for the Investments as of the Valuation Date. Additionally, we have:

- Interviewed Management regarding their valuation process and the methodologies utilized in estimating fair values of the Investments;
- Interviewed representatives from Bloomberg Professional Services – Pricing Data ("BVAL") an independent pricing vendor;
- Interviewed representatives from Thomson Reuters Derivatives Pricing Services ("Reuters") an independent pricing vendor;
- Discussed our procedures (see Specific Procedures below) with the Fund's auditors, BBD LLP.

We performed procedures with a focus on the following key areas that have the most significant impact on the value of the Investments:

- Valuation Methodologies Used - Our procedures included consideration of:
    - key factors,
    - alternative assumptions,
    - the consistency of methodologies and assumptions with supporting data, and

2

# EISNERAMPER

- o whether any changes had occurred relating to the Investments that may have caused factors not considered in the analysis to be significant in estimating the fair values of the Investments.

Additionally, we evaluated assumptions used by Management in our evaluation of the analysis.

*Specific Procedures*

We also performed procedures to gain an understanding of the reasonableness of Management's assumptions and estimates. We evaluated the following information:

- **Back/Forward Testing** – Certain of the correlation swaps were settled before maturity or matured in December 2017. We analyzed Management's, BVAL's and the counterparties' assumptions utilized in and their estimated values prior to and as of those dates. We noted that the two positions that were settled in early December (before maturity), as of the Valuation Date, the difference between BVAL and the counterparties' prices were significant and this relationship still existed at the time the positions were settled. However, the difference in value between BVAL's price, the day before settlement and the settlement price, was $107,807 compared to the difference between the counterparties' price, the day before settlement and the settlement price, was $636,491.

  We also noted that the four positions that matured on December 15, 2017, as of the Valuation Date, the difference between BVAL and the counterparties' prices was significant at $1,109,006. However, the difference in value between BVAL's price and the counterparties' price significantly decreased at maturity to $60,139. See below for our discussion with BVAL.

- **Model Corroboration** – For certain of the swaps, we utilized Management's and BVAL's assumptions in Reuter's model to corroborate that the models utilized were appropriate and had discussions with Reuters regarding their view of the inputs and models utilized;
- **Broker Quote Verification** – For certain of the swaps, we contacted the brokers for which Management used the broker's quotes to assess the reasonableness of Management's assumptions;
- **Discussions with BVAL** – We discussed with representatives from BVAL their methodologies and inputs in estimating values for the swaps and the difference between their values and inputs and the Counterparties. We were informed by the representative from BVAL, that prior to working at BVAL she had worked at a Counterparty, and that at intermediate dates before settlement (for certain illiquid securities), the prices provided may not represent fair value under ASC 820 for various reasons.

---

[1] ASC 820 specifies that fair value is a market-based measurement, not an entity-specific value. Fair value does not represent the value to one particular market participant, whose assessment of risk, specific synergies, or intended use for an asset may differ from other market participants. For example, if Market Participant A is willing to pay a higher price for an asset than any other market participant due to synergies unique to itself, that asset's fair value would not be based on the price Market Participant A is willing to pay. Rather, fair value would be based on the price that typical market participants would pay for the asset.

# EisnerAmper

*Supporting Documentation To Be Provided by Eisner*

A summary of our work on each of the Investments is set out in the following Exhibits:

Exhibit A – Correlations Swaps Valuation Investment Summary

Exhibit B - Various Swaps Valuation Investment Summary

*CONCLUSION*

We agreed with the methodologies used by Management and considered them to be appropriate in the fair value determinations of the Investments.

Based on the procedures performed with respect to the valuation analysis prepared by Management and discussions with Management, BBD LLP, BVAL and Reuters, we believe Management's fair value measurements for the Investments are reasonable as of August 31, 2017.

**Exhibit A**

| Trade Date | Description | Maturity | 8/31/2017 BVAL | 8/31/2017 Fund Estimated Market Value | 8/31/2017 Counterparty Value | 8/31/2017 BVAL v. Fund | 8/31/2017 BVAL v. Counterparty | At Maturity Final Value | At Maturity BVAL Value | At Maturity Counterparty Value | Final Value v. BVAL Difference | Final Value v. Counterparty Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2017 | SX5E Vs. EURUSD Correlation Swap | 12/15/2017 | ($11,597) | ($149,706) | ($333,807) | $138,109 | $322,210 | ($469,418) | ($465,401) | ($717,307) | ($4,017) | $247,889 |
| 10/14/2016 | SX5E Vs. EURUSD Correlation Swap | 12/15/2017 | $425,214 | $426,054 | $116,515 | ($840) | $308,699 | $273,263 | $161,439 | ($115,340) | $111,824 | $388,603 |
|  |  |  | $413,617 | $276,348 | ($217,292) | $137,269 | $630,909 | ($196,155) | ($303,962) | ($832,647) | $107,807 | $636,491 |
| 8/1/2016 | SX5E Vs. EURGBP Correlation Swap | 12/15/2017 | $3,591,073 | $3,603,542 | $3,133,060 | ($12,469) | $458,013 | $3,588,831 | $3,563,083 | $3,568,249 | $25,747 | $20,581 |
| 8/10/2016 | SX5E Vs. EURGBP Correlation Swap | 12/15/2017 | $1,545,618 | $1,508,532 | $1,316,422 | $37,087 | $229,196 | $1,515,463 | $1,577,079 | $1,505,889 | ($61,616) | $9,574 |
| 11/4/2016 | SX5E Vs. EURGBP Correlation Swap | 12/15/2017 | $2,213,542 | $2,212,241 | $1,904,505 | $1,301 | $309,037 | $2,260,757 | $2,328,228 | $2,246,568 | ($67,471) | $14,189 |
| 11/14/2016 | SX5E Vs. EURGBP Correlation Swap | 12/15/2017 | $1,950,498 | $2,053,774 | $1,837,738 | ($103,276) | $112,760 | $2,086,180 | $2,145,230 | $2,070,385 | ($59,050) | $15,795 |
|  |  |  | $9,300,731 | $9,378,089 | $8,191,725 | ($77,358) | $1,109,006 | $9,451,231 | $9,613,620 | $9,391,092 | ($162,390) | $60,139 |

| Trade Date | Description | Maturity | 8/31/2017 BVAL | 8/31/2017 Estimated Market Value | 8/31/2017 Counterparty Value | 8/31/2017 BVAL v. Client | 8/31/2017 BVAL v. Counterparty | Fund Implied Correlation | Counterparty Implied Correlation | Broker Quotes |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2016 | SX5E Vs. EURUSD Correlation Swap | 12/15/2018 | $1,715,836 | $1,712,126 | $268,644 | $3,709 | $1,447,192 | -9.78% | -30.21% | -10 |
| 1/5/2017 | SX5E Vs EURJPY Correlation Swap | 12/16/2018 | $1,532,748 | $1,614,096 | $747,865 | ($81,348) | $784,883 | 36.94% | 15.00% | 25/40 |
| 3/15/2017 | SX5E Vs EURJPY Correlation Swap | 12/21/2018 | $555,823 | $603,483 | $83,918 | ($47,661) | $471,905 | 36.94% | 17.20% | 25/40 |
| 2/8/2017 | SX5E Vs. EURUSD Correlation Swap | 12/21/2018 | $562,039 | $643,051 | ($11,851) | ($81,013) | $573,890 | -9.78% | -29.45% | -10 |
| 4/25/2017 | SX5E Vs. EURUSD Correlation Swap | 12/21/2018 | $635,853 | $665,677 | ($409,702) | ($29,824) | $1,045,555 | -9.78% | -28.91% | -10 |
| 4/21/2017 | SX5E Vs. EURGBP Correlation Swap | 12/24/2019 | $148,187 | $201,645 | $73 | ($53,458) | $148,114 | -33.34% | -37.26% | -25/-5 |
| 5/24/2017 | SX5E Vs. EURKRW Correlation Swap | 12/21/2018 | $1,047,694 | $1,125,661 | ($136,027) | ($77,967) | $1,183,721 | -19.97% | -52.03% | -23 |
|  |  |  | $6,198,179 | $6,565,740 | $542,920 | ($367,561) | $5,655,259 |  |  |  |

**Exhibit B**

| Security | Type | Trade Date | Maturity | 8/31/2017 Broker Quote | 8/31/2017 Bloomberg | 8/31/2017 Fund Estimated Market Value | 8/31/2017 Counterparty Value | 8/31/2017 Broker Quote v. Fund | 8/31/2017 Bloomberg v. Fund | 8/31/2017 Counterparty v. Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| NKYVARSWAP3 | Corridor Variance | 2/17/2017 | 12/11/2020 | ($718,482) | ($712,957) | ($712,744) | ($686,462) | ($5,738) | ($213) | $26,282 |
| KOSPIVARSWP16.65M | Corridor Variance | 8/17/2017 | 12/20/2018 | ($281,421) | ($275,150) | ($275,150) | ($266,036) | ($6,271) | $0 | $9,113 |
| SX5VARREPSWP2 | Variance Swap | 4/7/2017 | 12/18/2020 | $1,220,377 | $1,220,377 | $1,220,377 | $1,247,631 | $0 | $0 | $27,254 |
|  |  |  |  | $220,475 | $232,271 | $232,484 | $295,133 | ($12,009) | ($213) | $62,649 |
| SPXVARSWAP6 | Dispersion | 3/15/2017 | 1/19/2018 | ($20,566) | $56,771 | $56,771 | ($452,084) | ($77,337) | $0 | ($508,855) |
| UKXDISPSWPS15.91M | Dispersion | 7/25/2017 | 6/15/2018 | ($24,982) | ($291,279) | ($291,279) | ($643,989) | $266,297 | $0 | ($352,710) |
| SX5VARREPSWP | Corridor Variance | 9/7/2016 | 12/21/2018 | ($1,200,399) | ($1,092,657) | ($1,211,369) | ($1,868,310) | $10,970 | $118,712 | ($656,941) |
| KOSPIVOLSWP16.65M | Volatility Swap | 8/17/2017 | 12/13/2018 | $671,120 | $663,684 | $634,213 | ($58,689) | $36,907 | $29,471 | ($692,902) |
| FWDSKEW07202018 | Forward Calls and Puts | 7/19/2017 | 8/17/2018 | $391,565 | $1,528,439 | $357,845 | ($165,073) | $33,720 | $1,170,594 | ($522,918) |
|  |  |  |  | ($183,263) | $864,957 | ($453,820) | ($3,188,145) | $270,557 | $1,318,777 | ($2,734,326) |
| Total |  |  |  | $37,212 | $1,097,228 | ($221,336) | ($2,893,013) | $258,548 | $1,318,564 | ($2,671,676) |
| SX5E Variance | Variance Swap | 9/7/2016 | 12/21/2018 | N/A | $3,237,531 | $3,237,531 | $3,267,804 | N/A | $0 | $30,273 |

| Security | Index Implied Broker Quotes | Index Implied Bloomberg Implied Volatility | Index Implied CP Implied Volatility | Single Stock Implied Broker Quotes | Single Stock Implied Bloomberg Implied Volatility | Single Stock Implied Fund Implied Volatility | Single Stock Implied CP Implied Volatility | Source Broker Quotes | Source Bloomberg Implied Volatility | Source Fund Implied Volatility | Source CP Implied Volatility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NKYVARSWAP3 | 20.50% | 20.52% | 20.62% | N/A | N/A | N/A | N/A | MS | BVAL | BVAL | BAML |
| KOSPIVARSWP16.65M | 15.90% | 15.92% | 15.95% | N/A | N/A | N/A | N/A | MS | BVAL | BVAL | SocGen |
| SX5VARREPSWP2 | 21.35% | 21.35% | 21.27% | N/A | N/A | N/A | N/A | Aggregate | BVAL | BVAL | BAML |
| SPXVARSWAP6 | 14.15% | 14.17% | 14.88% | 29.12% | 29.58% | 29.58% | 27.41% | SocGen | BOVME | BOVME | BAML |
| UKXDISPSWPS15.91M | 15.00% | 15.28% | 16.37% | 21.34% | 20.44% | 20.44% | 19.97% | MS | BOVME | BOVME | MS |
| SX5VARREPSWP | 21.93% | 22.66% | 16.72% | N/A | N/A | N/A | N/A | Citi | BOVME | BVAL | MS |
| KOSPIVOLSWP16.65M | 14.62% | 14.64% | 17.07% | N/A | N/A | N/A | N/A | Aggregate | BOVME | BVAL | SocGen |
| FWDSKEW07202018 | -1.23% | -0.29% | -1.70% | N/A | N/A | N/A | N/A | CS | BOVME | BOVME | BAML |