```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
    UNITED STATES OF AMERICA,           :     22cr105 (DLC)
                                        :
                -v-                     :     ORDER
                                        :
    JAMES VELISSARIS,                   :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 24, 2023 the defendant moved to withdraw his plea of guilty.  It is hereby

ORDERED that the parties shall consult with each other regarding a briefing schedule for the motion and shall promptly advise the Court of their proposed schedule.

Dated:  New York, New York
        March 27, 2023

_____
DENISE COTE
United States District Judge