UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VELISSARIS<br><br>Defendant. | No. 22-cr-00105 (DLC)<br><br>Sentencing: April 7, 2023 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Erin Carmody Steele, hereby moves this Court for an Order for Admission to Practice Pro Hac Vice as counsel for Defendant, James Velissaris, in the above-captioned action.

I am in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3(c).

Dated: March 28, 2023

Respectfully Submitted,

Applicant Signature:

*/s/ Erin Steele*

Applicant's Name: Erin Carmody Steele
Firm Name: Barnes & Thornburg, LLP
Address: 555 12th Street N.W., Suite 1200
City/State/Zip: Washington, DC 20004
Telephone/Fax: 202-408-6932 / 202-289-1330
Email: esteele@btlaw.com