# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Erin Steele*

was duly qualified and admitted on October 22, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 14, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Erin Carmody Steele

was admitted to practice as an attorney and counsellor at the bar of this Court on December 5, 2018.

I further certify that so far as the records of this office are concerned, Erin Carmody Steele is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 27th day of March
A.D. 2023

By: _____
*Deputy Clerk*