

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2023

Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. James Velissaris</u>,
              22 Cr. 105 (DLC)

Dear Judge Cote:

      The parties write to jointly propose a briefing schedule for the defendant's motion to withdraw his plea. The schedule would be as follows:

      April 3, 2023      Government's opposition
      April 10, 2023    Defense reply

The defendant also requests a hearing, to take place after the filing of his reply. The parties are available for a hearing on May 5th, which is the soonest date the Government can be available due to its upcoming April 24 trial.

      The parties further jointly request that the defendant's sentencing, and the Government's filing of its sentencing submission, be adjourned until the motion to withdraw is resolved.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

                by:     /s/
                       Margaret Graham
                       Assistant United States Attorney
                       (212) 637-2923


                       /s/
                       Michael A. Battle
                       William R. Martin (admitted *pro hac vice*)

        Michelle N. Bradford (admitted *pro hac vice*)
        David S. Slovick (*Entry of Appearance* forthcoming)
        Erin C. Steele (*pro hac vice* pending)
        BARNES & THORNBURG LLP
        555 12th Street NW, Suite 1200
        Washington, DC 20004