```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :        22cr105 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
  JAMES VELISSARIS,                     :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On March 24, 2023, the defendant submitted a motion to withdraw his guilty plea. On March 28, the parties submitted a proposed briefing schedule for the motion. It is hereby

ORDERED the Government's opposition to the motion to withdraw the plea is due April 3, 2023. The defendant's reply, if any, shall be filed by April 5, 2023.

IT IS FURTHER ORDERED that oral argument on the motion shall be held on April 7, 2023 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that, assuming sentencing may proceed, it shall proceed as scheduled on April 7, 2023 at 3:00 p.m.

Dated:   New York, New York
         March 28, 2023

_____
DENISE COTE
United States District Judge