# EXHIBIT A



NERA
ECONOMIC CONSULTING

# *UNITED STATES OF AMERICA V. JAMES VELISSARIS*

DECEMBER 2022

**Faten Sabry, Ph.D.**

GOVERNMENT EXHIBIT
50
22 Cr. 105 (DLC)

SECURITIES AND FINANCE
© NERA Economic Consulting

Privileged and Confidential

Insight in Economics™

# Assignment



1. Assess IQ's alterations and valuations

2. Estimate but-for valuations

3. Identify impossible IQ valuations

4. Quantify impact on investors and fees

# Scope of Analysis



- Selected 62 positions to identify IQ's alterations and evaluate the impact of the alterations on the IQ valuations

- Analyzed 733 valuations based on Bloomberg's recorded data for IQ's valuations

# Derivative Instruments in the IQ Funds

NERA
ECONOMIC CONSULTING

## IQ Mutual Fund

$69 MM
14%
$117 MM
23%
$320 MM
63%

## IQ Hedge Fund

$30 MM
26%
$48 MM
41%
$39 MM
33%
Variance Swaps
Corridor Variance Swaps
Other Derviatives

Sources: GX-2026, GX-7006

# 1 | Assess IQ's Alterations and Valuations

# 93% of the 733 IQ Monthly Valuations Had Alterations

NERA
ECONOMIC CONSULTING

Number of Valuations
60
50
40
30
20
10
0
IQ Valuations with Alterations
IQ Valuations without Alterations
May-18
Jul-18
Sep-18
Nov-18
Jan-19
Mar-19
May-19
Jul-19
Sep-19
Nov-19
Jan-20
Mar-20
May-20
Jul-20
Sep-20
Nov-20
Jan-21

Sources: GX-1204-1275, GX-8000-8068

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

6

# IQ Altered Different Valuation Parameters

| Type of Alterations | Number of Valuations |
|---|---|
| • Strike Price | 470 (64%) |
| • Vega Notional | 146 (20%) |
| • Effective Date | 181 (25%) |
| • Maturity Date | 102 (14%) |
| • Corridors | 316 (43%) |
| • Annualization Factor | 39 (5%) |
| Valuations With Multiple Alterations | 463 (63%) |

Sources: GX-1204-1275, GX-8000-8068

# IQ's Alterations Led to Contradictory Valuations of Identical Positions

NERA
ECONOMIC CONSULTING

$25 MM
$20 MM
$15 MM
$10 MM
$5 MM
$0 MM
Valuations
Feb-20
Mar-20
Apr-20
May-20
Jun-20
Jul-20
Aug-20
Sep-20
Oct-20
Nov-20
IQ Mutual Fund (XDADACKX)
IQ Hedge Fund (IS8379143)
IQ removed contractual bounds for all monthly hedge fund valuations
IQ also altered the notional from May to August in the hedge fund valuations and from August to November in the mutual fund valuations.
IQ altered contractual bounds for all monthly mutual fund valuations

Sources: GX-5000-5129

# IQ's Alterations Led to Contradictory Valuations of Identical Positions

NERA
ECONOMIC CONSULTING

$5 MM
$0 MM
-$5 MM
-$10 MM
-$15 MM
-$20 MM
-$25 MM
Valuations
IQ Mutual Fund (XDAC8QB4)
IQ Hedge Fund (XDAC98HE)
IQ altered notional for at least March 2020 to August 2020 hedge fund valuations
IQ altered notional for at least March 2020 to August 2020 mutual fund valuations
Jan-20
Feb-20
Mar-20
Apr-20
May-20
Jun-20
Jul-20
Aug-20

Sources: GX-5000-5129

# 2 | Estimate But-For Valuations

# Over $200 Million In Inflated IQ Valuations for 62 Positions

NERA
ECONOMIC CONSULTING

$500 MM
$400 MM
$300 MM
$200 MM
$100 MM
$0 MM
-$100 MM
Total Valuations
IQ Valuation
NERA Valuation
Total inflation in IQ April 2020 valuations is $384 MM
May-18
Aug-18
Nov-18
Feb-19
May-19
Aug-19
Nov-19
Feb-20
May-20
Aug-20
Nov-20

Sources: GX-5000-5129

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

11

# IQ Inflated the Valuations for Identical Positions

NERA
ECONOMIC CONSULTING

$25 MM
$20 MM
$15 MM
$10 MM
$5 MM
$0 MM
Valuations
IQ Mutual Fund (XDADACKX)
IQ Hedge Fund (IS8379143)
NERA
Feb-20
Mar-20
Apr-20
May-20
Jun-20
Jul-20
Aug-20
Sep-20
Oct-20
Nov-20

Sources: GX-5000-5129, GX-9000-9506

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

12

# IQ Inflated the Valuations for Identical Positions

NERA
ECONOMIC CONSULTING

$5 MM
$0 MM
-$5 MM
-$10 MM
-$15 MM
-$20 MM
-$25 MM
Valuations
Jan-20
Feb-20
Mar-20
Apr-20
May-20
Jun-20
Jul-20
Aug-20
IQ Mutual Fund (XDAC8QB4)
IQ Hedge Fund (XDAC98HE)
NERA

Sources: GX-5000-5129, GX-9000-9506

# IQ Inflated the Valuations for Identical Positions

NERA
ECONOMIC CONSULTING

$35 MM
$30 MM
$25 MM
$20 MM
$15 MM
$10 MM
$5 MM
$0 MM
Valuations
Feb-20
Mar-20
Apr-20
May-20
Jun-20
Jul-20
Aug-20
Sep-20
Oct-20
Nov-20
IQ Mutual Fund (XDAC9Y5A)
IQ Hedge Fund (IS8379140)
NERA

Sources: GX-5000-5129, GX-9000-9506

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

# IQ's Variance Expectations Differed Between Its Long and Short Positions

NERA
ECONOMIC CONSULTING

Expected Variance
2,000
1,000
0
-1,000
-2,000
-3,000
-4,000
1,637
-3,002
1,504
1,513
IQ Valuations
NERA Valuations
IQ Short Position (XDAC8ZIA)
IQ Long Position (IS8434001)

Sources: GX301, GX-1301-1402, GX-5066-5101, GX-5112-5129, GX-8065, GX-8068, GX-9000-9506

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

# IQ's Valuations Are Inflated By $2.9 Million On Average Relative to Close-Out Prices

**Comparison of Close-Out Prices to IQ and NERA Valuations ***

| | Average Difference | Median Difference |
|---|---|---|
| IQ Valuations in Prior Month | $2.9 MM | $2.6 MM |
| NERA Valuations in Prior Month | -$0.1 MM | -$0.1 MM |

* For 31 closed positions as of January 2021

Sources: GX-5000-5129

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

# 3 | Identify Impossible IQ Valuations

# IQ Valued a Variance Swap Above the Maximum Possible Value

NERA
ECONOMIC CONSULTING

$10 MM
$5 MM
$0 MM
-$5 MM
-$10 MM
Payoff
IQ Valuation as of Jan 2020 is $7.3 MM (XDACQ6H3)
Maximum Possible Gain is $5.2 MM.
All Mathematically Possible Values
0%
5%
10%
15%
20%
25%
Realized Volatility

Sources: GX-8032

# IQ's Valuations Exceed the Maximum Possible Gain In Multiple Months

NERA
ECONOMIC CONSULTING

$10 MM
$5 MM
$0 MM
-$5 MM
-$10 MM
Valuations
Sep-19
Nov-19
Jan-20
Mar-20
May-20
Jul-20
Sep-20
Nov-20
Jan-21
IQ's Impossible Valuations
All Mathematically Possible Values
IQ Mutual Fund (XDACQ6H3)
IQ Hedge Fund (XDAC2G26)

Sources: GX-5000-5129, GX-8021, GX-8032, GX-8033

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

19

# Total Impact of IQ's Impossible Valuations

| | |
|---|---|
| Months With Impossible Valuations (12) | October 2019 to September 2020 |
| Count of Positions With Impossible Valuations | 7 |
| Number of Impossible Monthly Valuations | 30 |

| | |
|---|---|
| Sum of Infinity Q Valuations | -$94 MM |
| Sum of NERA Valuations | -$306 MM |
| **Total Inflation in Infinity Q Valuations** | **$212 MM** |

Sources: GX-300, GX-301, GX-1301-1402, GX-5000-5129, GX-8000-8068

# 4 | Quantify Impact on Investors and Fees

# But-For NAV Using Counterparty Valuations

NERA
ECONOMIC CONSULTING

$1,400 MM
$1,200 MM
$1,000 MM
$800 MM
$600 MM
$400 MM
$200 MM
$0 MM
Valuation
Historical NAV
Counterparty Based NAV
March 2020
Feb-17
Jun-17
Oct-17
Feb-18
Jun-18
Oct-18
Feb-19
Jun-19
Oct-19
Feb-20
Jun-20
Oct-20

Sources: GX-5000-5065, GX-5102-5111, GX-7200-7279, GX-9000-9506

# Excess Investor Fees for the Hedge Fund Using Counterparty Valuations

NERA
ECONOMIC CONSULTING

$35 MM
$30 MM
$25 MM
$20 MM
$15 MM
$10 MM
$5 MM
$0 MM
Excess Fees and Allocation
Total Excess Fees and Allocation = $28.3 MM
Excess Performance Allocation = $20.0 MM
Excess Management Fees = $8.4 MM

Sources: GX-5000-5065, GX-5102-5111, GX-7200-7279, GX-9000-9506

# Excess Investor Fees for 27 Hedge Fund Positions

NERA
ECONOMIC CONSULTING

$12 MM
$10 MM
$8 MM
$6 MM
$4 MM
$2 MM
$0 MM
Excess Fees and Allocation
Total Excess Fees and Allocation = $9.9 MM
Excess Performance Allocation = $8.5 MM
Excess Management Fees = $1.4 MM

Sources: GX-5000-5065, GX-5102-5111, GX-7200-7279, GX-9000-9506

DRAFT - Privileged and Confidential -- Preliminary and Unchecked

24

## QUALIFICATIONS, ASSUMPTIONS AND LIMITING CONDITIONS

This report is for the exclusive use of the NERA Economic Consulting client named herein. This report is not intended for general circulation or publication, nor is it to be reproduced, quoted or distributed for any purpose without the prior written permission of NERA Economic Consulting. There are no third party beneficiaries with respect to this report, and NERA Economic Consulting does not accept any liability to any third party.

Information furnished by others, upon which all or portions of this report are based, is believed to be reliable but has not been independently verified, unless otherwise expressly indicated. Public information and industry and statistical data are from sources we deem to be reliable; however, we make no representation as to the accuracy or completeness of such information. The findings contained in this report may contain predictions based on current data and historical trends. Any such predictions are subject to inherent risks and uncertainties. NERA Economic Consulting accepts no responsibility for actual results or future events.

The opinions expressed in this report are valid only for the purpose stated herein and as of the date of this report. No obligation is assumed to revise this report to reflect changes, events or conditions, which occur subsequent to the date hereof.

All decisions in connection with the implementation or use of advice or recommendations contained in this report are the sole responsibility of the client. This report does not represent investment advice nor does it provide an opinion regarding the fairness of any transaction to any and all parties. In addition, this report does not represent legal, medical, accounting, safety or other specialized advice. For any such advice, NERA Economic Consulting recommends seeking and obtaining advice from a qualified professional.

NERA
ECONOMIC CONSULTING