UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :        22cr105 (DLC)
                                    :
           -v-                      :        ORDER
                                    :
JAMES VELISSARIS,                   :
                      Defendant.    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

        Having reviewed the defendant's application to file

exhibits under seal and the documents at question, is hereby

        ORDERED that the application is denied.  Exhibits A and B

to the defendant's reply memorandum of law shall be filed

publicly and are attached to this Order.

        SO ORDERED:

Dated:    New York, New York
          April 6, 2023

                                    _____
                                          DENISE COTE
                                 United States District Judge