# Addendum to Exhibit B to Defendant James Velissaris' Sentencing Submission Dkt. No. 92

# [Filed Under Seal]