# EXHIBIT A



555 12th Street, N.W., Suite 1200
Washington, D.C. 20004-1275 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

William R. Martin
Partner
202-371-6363
billy.martin@btlaw.com
Admitted to Practice Only In: DC, OH

April 4, 2023

<u>Via Electronic Mail</u>

Michael K. Krouse, Esq.
Paul J. Fishman, Esq.
Veronica E. Callahan, Esq.
Kathleen Reilly, Esq.
ARNOLD & PORTER LLP
250 W. 55th St.
New York, NY  10019

      RE:    *United States v. James Velissaris*

Dear Michael:

    James Velissaris has informed us that in early December, 2022 you and the other members of your trial team told him that you had applied, or were applying for, a position with a federal enforcement agency.  He does not recall which agency you mentioned or whether it was the Department of Justice, the Securities & Exchange Commission, the Commodities Futures Trading Commission, or some other agency.

    We believe Mr. Velissaris, who retained you and your firm to represent him during that same period of time, is entitled to know if you were seeking employment during that same period of time, with any of the agencies involved in his investigation, or in the civil and criminal cases that have been filed.

    We request that you let us know by close of business today, Tuesday, April 4, 2023, with which agency you applied for a position, the date of your application, and/or when verbal or written notice of interest was indicated by you to that agency.

                          Sincerely,

                          William R. Martin