# EXHIBIT B



William R. Martin
Partner
202-371-6363
billy.martin@btlaw.com
Admitted to Practice Only In: DC, OH

555 12th Street, N.W., Suite 1200
Washington, D.C. 20004-1275 U.S.A.
(202) 289-1313
Fax (202) 289-1330

www.btlaw.com

April 5, 2023

<u>Via Electronic Mail</u>

Michael K. Krouse, Esq.
Paul J. Fishman, Esq.
Veronica E. Callahan, Esq.
Kathleen Reilly, Esq.
ARNOLD & PORTER LLP
250 W. 55th St.
New York, NY 10019

RE: *United States v. James Velissaris*

Dear Counsel:

This letter is written as a follow-up to the letter we sent to each of you yesterday. To date, we have not received a response, or even an acknowledgement that the letter has been received. If Mr. Velissaris' recollection of the conversation(s) relating to Michael Krouse is not accurate, please let us know. If his recollection is accurate, we request a response to yesterday's letter.

As you may know, we have a filing deadline today. If we do not receive a response by close of business today, we will bring this issue to Judge Cote's attention and seek judicial assistance in obtaining answers to the questions raised in yesterday's letter.

Sincerely,

William R. Martin