```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :     22cr105 (DLC)
UNITED STATES OF AMERICA,            :
                                     :        ORDER
            -v-                      :
                                     :
JAMES VELISSARIS,                    :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the April 7, 2023 oral argument and sentencing, it is hereby

ORDERED that the defendant James Velissaris (USM # 86813-509) is remanded to the custody of the United States Marshal's Service.

SO ORDERED:

Dated:   New York, New York
         April 7, 2023

_____
DENISE COTE
United States District Judge