Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

**Southern** District of **New York**

Caption:
**United States** v.

**James Velissaris**

Docket No.: **1:22-cr-00105-DLC**
**Denise L. Cote**
(District Court Judge)

Notice is hereby given that **James Velissaris** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify) entered in this action on **April 7, 2023** (date).

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: **April 7, 2023**   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

Defendant's Counsel: William R. Martin, Aaron D. Lindstrom, David S. Slovick, Charlotte H. Underwood

Counsel's Address: 390 Madison Ave. 12th Floor
New York, NY 10017

Counsel's Phone: (202) 371-6363

Assistant U.S. Attorney: Margaret Graham

AUSA's Address: 1 Saint Andrews Plz, New York, NY 10007-1701

AUSA's Phone: (212) 637-2300

_David Slovick_
Signature

*Margin annotations: ST; 04/19/23; $505.00; 15187*

Generated: Apr 19, 2023 8:43AM                                                                                                    Page 1/1

# U.S. District Court

## New York Southern - Manhattan

JAMES VELISSARIS                                                                                          Receipt Date: Apr 19, 2023 8:43AM

| Rcpt. No: 15187 | | Trans. Date: Apr 19, 2023 8:43AM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $505.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 22CR105 DLC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.