Michael A. Battle
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
David S. Slovick
Erin C. Steele (admitted *pro hac vice*)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 1200
Washington, DC 20004-1275
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
dslovick@btlaw.com
(646) 746-2019
esteele@btlaw.com
(202) 408-6932

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 1:22-cr-00105-DLC |
| v. | Hon. Denise L. Cote |
| **JAMES VELISSARIS,** | **DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL** |
| **Defendant.** | |

PLEASE TAKE NOTICE that, pursuant to 18 U.S.C. § 3143(b), Defendant James Velissaris will move the Court for an order granting this Motion for Release Pending Appeal in the above-captioned matter at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 18B, New York, NY 10007-1312, on a date and time designated by the Court. Contemporaneously with this Motion, Mr. Velissaris submits a Memorandum of Law in Support of his Motion for Release Pending Appeal, dated April 19, 2023.

Dated: New York, New York
       April 19, 2023

Respectfully submitted,

/s/ Michael A. Battle

Michael A. Battle (SDNY Bar Code No. MB9289)
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
Erin C. Steele (*pro hac vice* pending)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 500
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
esteele@btlaw.com
(202) 408-6932

- and -

/s/ David Slovick

David Slovick
BARNES & THORNBURG LLP
390 Madison Ave.
12th Floor
New York, NY 10017
david.slovick@btlaw.com
(646) 746-2019

*Attorneys for Defendant James Velissaris*