UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Velissaris

**DOCKET NUMBER:** 23-6379

**COUNSEL'S NAME:** Aaron D. Lindstrom

**COUNSEL'S ADDRESS:** 171 Monroe Ave. NW, #1000
Grand Rapids, MI 49503

**COUNSEL'S PHONE:** 616-472-3931

**QUESTIONNAIRE**

[ ] I am ordering a transcript.
[✓] I am not ordering a transcript.   Reason: [✓] Daily copy available   [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Aaron D. Lindstrom (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds   [ ] CJA Form 24

/s/ Aaron D. Lindstrom                5/2/2023
Counsel's Signature                    Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                    Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.