```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    22cr105 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
JAMES VELISSARIS,                       :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 7, 2023, the defendant was sentenced principally to a term of 180 months' imprisonment. On June 13, the Government submitted a letter in support of a restitution order. The defendant filed a responsive letter on June 20.

18 U.S.C. § 3664 imposes a deadline for a district court to order restitution of 90 days after sentencing. "[S]o long as the district court makes clear prior to the deadline expiring that it intends to impose restitution, a sentencing court that misses the 90-day deadline nonetheless retains the power to order restitution." United States v. McIntosh, 58 F.4th 606, 610 (2d Cir. 2023) (citation omitted).

Having reviewed the parties' submissions, it is hereby

ORDERED that an order of restitution shall be entered in this case.

IT IS FURTHER ORDERED that the parties shall confer regarding a process for determining the reasonableness of the

attorneys' fees sought and, by July 6, make a proposal to the Court regarding such process.

IT IS FURTHER ORDERED that, should the Government wish to file a reply to the defendant's June 20 letter, it shall do so by July 14.

Dated:  New York, New York
        June 27, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge