UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    22cr105 (DLC)
                                     :
            -v-                      :    ORDER
                                     :
JAMES VELISSARIS,                    :
                       Defendant.    :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    The defendant's submission regarding the victims' claims for legal expenses is due July 21, 2023. The Government's response to this submission is due July 28. It is hereby

    ORDERED that at the time each party files its submission regarding legal expenses, it shall provide the Court with two (2) courtesy copies by mailing or hand delivering them to the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         July 19, 2023

                                        _____
                                             DENISE COTE
                            United States District Judge