Michael A. Battle
William R. Martin (admitted *pro hac vice*)
Michelle N. Bradford (admitted *pro hac vice*)
David S. Slovick
Erin C. Steele (admitted *pro hac vice*)
BARNES & THORNBURG LLP
555 12th Street NW, Suite 500
Washington, DC 20004
mbattle@btlaw.com
(202) 371-6350
billy.martin@btlaw.com
(202) 371-6363
mbradford@btlaw.com
(202) 408-6922
dslovick@btlaw.com
(646) 746-2019
esteele@btlaw.com
(202) 408-6932

*Granted.*
*Denise Cote*
*7/24/23*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>versus<br><br>JAMES VELISSARIS,<br><br>Defendant. | No. 1:22-cr-00105-DLC<br><br>Hon. Denise L. Cote<br><br>**APPLICATION TO FILE UNDER SEAL EXHIBITS TO LETTER REGARDING RESTITUTION** |

The Defendant, James Velissaris ("Mr. Velissaris" or "Defendant"), by and through his undersigned counsel, respectfully files this application to file the exhibits to his letter of July 21, 2023 regarding restitution. These exhibits contain sensitive information regarding legal bills and invoices, and sealing these documents will protect the sensitivity of the information and identities of any third parties involved. For these reasons, Mr. Velissaris respectfully requests that the Court grant his application to file these exhibits under seal.