

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2023

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. James Velissaris*, 22 Cr. 105

Dear Judge Cote:

    The Government writes to respectfully request a brief extension of its filing deadline in the above-captioned case. The Court ordered the Government to reply to the defendant's submission regarding the victims' claim for legal expenses by July 28, 2023. Due to scheduling issues, the Government respectfully requests an extension of the filing deadline until Wednesday, August 2. This is the Government's first request for an extension. Defense counsel does not object to the request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:    /s/_____
        Margaret Graham
        Assistant United States Attorney
        (212) 637-2923

cc:    Defense Counsel for James Velissaris

```
Granted.

7/28/2023
```

*Denise Cote* (signature)