Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States v.

James Velissaris

Docket No.: 1:22-cr-00105-DLC

Denise L. Cote
(District Court Judge)

Notice is hereby given that James Velissaris appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other | ✓ amended judgment
(specify)

entered in this action on August 3, 2023
(date)

This appeal concerns: Conviction only | ___ Sentence only | ___ Conviction & Sentence | ✓ Other | ___

Defendant found guilty by plea | ✓ | trial | | N/A |

Offense occurred after November 1, 1987? Yes | ✓ | No | N/A |

Date of sentence: April 7, 2023, amended Aug. 3, 2023    N/A | ___ |

Bail/Jail Disposition: Committed | ✓    Not committed |    | N/A |

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | William R. Martin, David S. Slovick, Charlotte H. Underwood |
| Counsel's Address: | 171 Monroe Ave. NW, Suite 1000 |
| | Grand Rapids, Michigan 49503 |
| Counsel's Phone: | (616) 742-3931 |
| Assistant U.S. Attorney: | Margaret Graham |
| AUSA's Address: | 1 Saint Andrews Plz, New York, NY 10007-1701 |
| AUSA's Phone: | (212) 637-2300 |

Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Aug 16, 2023 1:59PM

DAMINI KUNWAR

Rcpt. No: 20027    Trans. Date: Aug 16, 2023 1:59PM    Cashier ID: #EN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | Amt |
|----|--------|---|-----|
| CC | Credit Card | | $505.00 |
| | | Total Due Prior to Payment: | $505.00 |
| | | Total Tendered: | $505.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments**: 22CR105-1 DLC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.