S.D.N.Y.
22-cr-105
Cote, J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square,
in the City of New York, on the 30th day of August, two thousand twenty-three.

Before:

Richard J. Sullivan,
Steven J. Menashi,
Sarah A. L. Merriam,
*Circuit Judges*.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/30/2023

_____

United States of America,

*Appellee*,

v.                                                        23-6379

James Velissaris,

*Defendant-Appellant*.

_____

Appellant moves for bail pending appeal. Upon due consideration, it is hereby ORDERED that
the motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/30/2023