UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
    JAMES VELISSARIS,                      :        25cv10059(DLC)
                         Movant,           :
                                           :        22cr105(DLC)
          -v-                              :
                                           :        ORDER TO ANSWER,
    UNITED STATES OF AMERICA,              :        28 U.S.C. § 2255
                         Respondent.       :
------------------------------------------X

DENISE COTE, District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, it is hereby

ORDERED that the Clerk of Court electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

IT IS FURTHER ORDERED that within sixty days of the date of this Order, the U.S. Attorney's Office file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal and civil docket numbers. The papers will be docketed in both cases.

In his motion, Movant, who is proceeding pro se, requests appointment of counsel. There is no constitutional right to

counsel in habeas corpus proceedings.  The Criminal Justice Act ("CJA") provides:

> Whenever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28. 18 U.S.C. § 3006A(a)(2)(B).

In deciding whether to exercise its discretion to appoint counsel under the CJA, courts in this Circuit consider likelihood of success on the merits, the complexity of the legal issues and the movant's ability to investigate and present the case.  The Court has considered these factors and finds that appointment of counsel is not warranted at this time.  Accordingly,

IT IS FURTHER ORDERED that Movant's request for appointment of counsel is denied without prejudice to renewal at a later date, after relevant facts and legal issues are presented to the Court for its consideration.

Dated:    New York, New York
          December 10, 2025

                              _____
                              DENISE COTE
                        United States District Judge

2