UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
JAMES VELISSARIS,                           :        25cv10059 (DLC)
                        Movant,             :        22cr105 (DLC)
            -v-                             :
                                            :        ORDER
UNITED STATES OF AMERICA,                   :
                                            :
                        Respondent.         :
                                            :
------------------------------------------- X

DENISE COTE, District Judge:

On August 3, 2023, James Velissaris was sentenced to 180 months' imprisonment after pleading guilty to one count of securities fraud.  On December 2, 2025, Velissaris filed a pro se motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255.  An Order of December 10 required the Government respond to the motion by February 8, 2026.  After the Government failed to meet this deadline, Velissaris filed a motion to enforce the Court's December 10 Order on February 12.

On February 13, the Government requested a 35-day extension to March 16, 2026 to respond to the motion, attributing its delay to the departure of the attorneys previously associated with the case from the U.S. Attorney's Office.  The Court granted the extension and further ordered that Velissaris's reply, if any, must be filed by April 17, 2026.  Accordingly, it is hereby

ORDERED that Velissaris's February 12 motion to enforce the Court's December 10 Order is denied as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the petitioner and note service on the docket.

Dated:     New York, New York
           February 18, 2026

_____
DENISE COTE
United States District Judge
